Ex. 1

COMMONWEALTH OF VIRGINIA )
) to-wit:
COUNTY OF FAIRFAX )

To his Excellency, the Governor of Virginia: I, Raymond F. Morrogh, Deputy Commonwealth's Attorney for the County of Fairfax, do hereby respectfully request that a requisition be issued for the return of Michael George Keselica, who is now in Kent County, Warwick, Rhode Island, and is charged with Violation of Probation on an original charge of Embezzlement and a Show Cause why his suspended sentence should not be imposed in the County of Fairfax, and that you empower Detective Hilary W. Jenkins, Fairfax County Police Department, and Detective James Williams, Guard, Fairfax County Police Department, in due form as authorized agents to receive and return the said Michael George Keselica to the State of Virginia.

In support of the said application I do hereby certify that:

1. The full name of the fugitive for whom extradition is asked is Michael George Keselica, who was in the State of Virginia at the time of the commission of the said crime;

2. In my opinion, the ends of public justice require that the said fugitive be brought to this State for trial, at the public expense.

3. In my opinion, I have sufficient evidence to secure the conviction of the said fugitive;

4. The names of the proposed agents to receive and return to Virginia the said fugitive are Detective Hilary W. Jenkins and Detective James Williams, Fairfax County Police Department; the proposed agents are proper people and have no private interest in the arrest of the said fugitive;

Ex. 1

5. No other application has been made for a requisition for the said fugitive growing out of the same transaction herein alleged;

6. The said fugitive is not known to be under either civil or criminal arrest in Washington, D.C., except as otherwise herein set forth;

7. This application is not made for the purpose of enforcing the collection of a debt, or of removing the alleged fugitive to a foreign jurisdiction with a view there to serve him with civil process or for any private interest whatever; and if the requisition be granted, the criminal proceedings shall not be used for any of the said objects;

8. The nature of the crimes with which the said fugitive is charged are Violation of Probation on an original charge of Embezzlement and a Show Cause why his suspended sentence should not be imposed; these crimes are defined and punishment thereof prescribed by Section 18.2-111 of the 1950 Code of Virginia, as amended;

9. There has been no delay making this application;

10. The said fugitive is now under arrest in Kent County, Warwick, Rhode Island, and being held by police authorities in Kent County, Warwick, Rhode Island.

Respectfully submitted this 23rd day of August, 2006.

RAYMOND F. MORROGH
Deputy Commonwealth's Attorney for
the County of Fairfax, Virginia

Ex. 1

COMMONWEALTH OF VIRGINIA
) to-wit:
COUNTY OF FAIRFAX )

I, John T. Frey, Clerk of the Circuit Court of the County of Fairfax, do hereby certify that Raymond F. Morrogh, whose genuine signature is affixed to the foregoing certificate, is and was at the time of the signing the same Deputy Commonwealth's Attorney for the County of Fairfax.

I further certify that the said Raymond F. Morrogh, Deputy Commonwealth's Attorney for the County of Fairfax, appeared before me this day, and after being duly sworn, stated that the facts contained in the foregoing petition were true to the best of his knowledge and belief.

In testimony whereof, I have hereunto set my hand and affixed the seal of this Court at my office this 24th day of August, 2006

John T. Frey
Clerk of the Circuit Court of
Fairfax County, Virginia

By: [signature]
Deputy Clerk