2

Ex. 2

COMMONWEALTH OF VIRGINIA )
) to-wit:
COUNTY OF FAIRFAX )

To his Excellency, the Governor of Virginia: I, Raymond F. Morrogh, Deputy Commonwealth's Attorney for the County of Fairfax, do hereby respectfully request that a requisition be issued for the return of Michael George Kesilica, who is now in Washington County, Maryland, and is charged with violation of probation on Embezzlement in the County of Fairfax and with being a fugitive from justice, having violated the terms of her probation thereof; and that you empower Detective Richard Allen, Fairfax County Police Department, and Detective Russell Milam, Guard, in due form as authorized agents to receive and return the said Michael George Kesilica to the State of Virginia.

In support of the said application I do hereby certify that:

1. The full name of the fugitive for whom extradition is asked is Michael George Kesilica, who was in the State of Virginia at the time of the commission of the said crime;

2. In my opinion, the ends of public justice require that the said fugitive be brought to this State for a hearing on violation of probation at the public expense.

3. The name of the agent proposed to receive and return to Virginia the said fugitive is Detective Richard Allen; the proposed agent is a proper person and has no private interest in the arrest of the said fugitive;

4. No other application has been made for a requisition for the said fugitive growing out of the same transaction herein alleged;

5. This application is not made for the purpose of enforcing the collection of a debt, or of removing the alleged fugitive to a foreign jurisdiction with a view there to serve him with civil

Ex. 2

process or for any private interest whatever; and if the requisition be granted, the criminal proceedings shall not be used for any of the said objects;

6. The nature of this crime with which the said fugitive is charged is violation of probation from the charge of Embezzlement; this crime is defined and punishment thereof prescribed by Section 18.2-111 of the 1950 Code of Virginia, as amended.

7. There has been no delay making this application;

8. The said fugitive is now under arrest in Washington County, Maryland, and is held by police authorities in Washington County, Maryland.

Respectfully submitted this 19th day of February, 2004.

RAYMOND F. MORROGH
Deputy Commonwealth's Attorney for the
County of Fairfax, Virginia