3

Ex. 3

COMMONWEALTH OF VIRGINIA )
) to-wit:
COUNTY OF FAIRFAX )

To his Excellency, the Governor of Virginia: I, Robert F. Horan, Jr., Commonwealth's Attorney for the County of Fairfax, do hereby respectfully request that a requisition be issued for the return of Michael George Kesilica, who is now in Montgomery County, Maryland and is charged with violation of probation on Embezzlement, in the County of Fairfax and with being a fugitive from justice, having violated the terms of his probation thereof; and that you empower Detective Richard Allen, Fairfax County Police Department, and Detective Ryan Rowson, Guard, in due form as authorized agents to receive and return the said Michael George Kesilica, to the State of Virginia.

In support of the said application I do hereby certify that:

1. The full name of the fugitive for whom extradition is asked is Michael George Kesilica, who was in the State of Virginia at the time of the commission of the said crime;

2. In my opinion, the ends of public justice require that the said fugitive be brought to this State for a hearing on violation of probation, at the public expense.

3. The name of the agent proposed to receive and return to Virginia the said fugitive is Detective Richard Allen; the proposed agent is a proper person and has no private interest in the arrest of the said fugitive;

4. No other application has been made for a requisition for the said fugitive growing out of the same transaction herein alleged;

5. This application is not made for the purpose of enforcing the collection of a debt, or of removing the alleged fugitive to a foreign jurisdiction with a view there to serve him with civil process or for any private interest whatever; and if the requisition be granted, the criminal

Ex. 3

COMMONWEALTH OF VIRGINIA )
) to-wit:
COUNTY OF FAIRFAX )

I, John T. Frey, Clerk of the Circuit Court of the County of Fairfax, do hereby certify that Robert F. Horan, Jr., whose genuine signature is affixed to the foregoing certificate, is and was at the time of the signing the same Commonwealth's Attorney for the County of Fairfax.

I further certify that the said Robert F. Horan, Jr., Commonwealth's Attorney for the County of Fairfax, appeared before me this day, and after being duly sworn, stated that the facts contained in the foregoing petition were true to the best of his knowledge and belief.

In testimony whereof, I have hereunto set my hand and affixed the seal of this Court at my office this 3rd day of July 2001 ~~, 2000.~~

John T. Frey
Clerk of the Circuit Court of
Fairfax County, Virginia

By: [signature]
Deputy Clerk