Exhibit 5

5

# COMMONWEALTH OF VIRGINIA

## The Governor of Virginia,

### REQUISITION DEMAND AND AGENT AUTHORIZATION

To the Governor of the State of Rhode Island:

Whereas, It appears by the application for requisition and copies of **Final Order, Amended Bench Warrant, etc.** which are hereunto annexed and which I certify to be authentic and duly authenticated in accordance with the laws of this State that **Michael George Keselica** stands convicted of the crime(s) of **Embezzlement** in the **County of Fairfax**, PLACED ON PROBATION AND HAS VIOLATED THE TERMS THEREOF and thereafter fled from the justice of this State and may have taken refuge in the **State of Rhode Island.**

Whereas, I Timothy M. Kaine, Governor of Virginia, do hereby appoint **Detective Hilary Jenkins and Detective James Williams** and/or his/her authorized agent to receive **Michael George Keselica**, fugitive from justice, from the appropriate authorities of the **State of Rhode Island** and convey said fugitive to the State of Virginia, there to be dealt with the according to law.

Now Therefore, pursuant to the provision of the Constitution and the Laws of the United States in such case made and provided, I do hereby respectfully demand that the said **Michael George Keselica** be apprehended, secured and delivered to the above authorized Agent or designee who shall receive and convey him to the State of Virginia, there to be dealt with according to Law.

In Witness Whereof, I have hereunto signed my name and affixed the Great Seal of the Commonwealth at the Capitol in Richmond, on August 28, 2006 and in the 230th year of the Commonwealth.



Governor of Virginia

By the Governor

Senior Deputy Secretary of the Commonwealth