# State of Rhode Island and Providence Plantations

Exhibit
Ex. 6

## By His Excellency: Donald L. Carcieri

Governor, Captain General and Commander-in-Chief of the State of Rhode Island and Providence Plantations

**To:** The Sheriffs, their deputies, the several town sergeants and constables of the State of Rhode Island and Providence Plantations

*Greetings:*

**Whereas,** *Information has been communicated to me by His Excellency* Timothy M. Kaine, *Governor of the Commonwealth of* Virginia *that* Michael George Keselica *convicted with the crime(s) of* (Crime Fugitive Charged With) *there committed and is a fugitive from justice, and may now be within the limits of our State; and whereas, His Excellency the said* Timothy M. Kaine *Governor as aforesaid, has transmitted to me a copy of a request for Governor's Warrant and Supporting Documents certified by him to be authentic charging the said* Michael George Keselica *with the crime aforesaid, and has demanded the delivery of the said* Michael George Keselica *according to the Constitution and Laws of the United States:*

**You are, therefore,** *hereby commanded, forthwith to apprehend the said* Michael George Keselica *if to be found within your precinct, and deliver* him *(if he be not already in custody for other lawful cause,) unto* Detective Hilary Jenkins and Detective James Williams and/or his/her authorized agent *the person delegated to receive* him *and convey* him *to the Commonwealth of* Virginia *that* he *may be there dealt with according to law.*

**Hereof fail not,** *but make true of this Warrant unto our Secretary's Office with your doings thereon.*

**In Witness Whereof,** *I have caused the Seal of the State to be hereunto affixed, this* 12th *day of* September *in the year of our Lord two thousand and six.*

*By His Excellency the Governor:*

Donald L Carcieri

Matt Brown

*Secretary of State*