# RECOGNIZANCE

VA. CODE ANN. §§ 19.2-123, 19.2-258

Exhibit 8

OPEN-COURT OF APPEALS
Hearing Date and Time

Case No. 87970

FAIRFAX COUNTY CIRCUIT COURT, 4110 CHAIN BRIDGE ROAD, FAIRFAX, VIRGINIA
Court — City or County / Court — Street Address

[X] Commonwealth of Virginia v. MICHAEL G. KESELICA
[ ]
Defendant — Name (last name first, then first name and initials)

8332 COTTAGE HILL COURT, GAITHERSBURG, MD 20877
Defendant — Residential Address and Telephone Number

Mailing address: [X] Same as above [ ]

Offenses Charged: EMBEZZLEMENT

**I, THE DEFENDANT,** by signing this form, promise to appear in court on the date and time noted above. If this date, time or place is changed for any reason by any court or judge, I also promise to appear as so directed. I understand that I [X] may [ ] may not leave the Commonwealth of Virginia until my case, and any appeals in my case, are finished. I further agree to keep the peace and be of good behavior and agree to follow the conditions listed below [ ] and any other conditions listed on the reverse.

BOND IS CONTINGENT UNTIL SUCH TIME AS THE COURT OF APPEALS RENDERS A DECISION

**I UNDERSTAND THAT:** (1) If I fail to obey any of the above terms and conditions, I may be ARRESTED and, if a bond was posted, the court may forfeit (collect on) the bond; (2) if I fail to appear, the court may try and convict me in my absence; (3) if I fail to appear in Circuit Court on a misdemeanor charge, I give up my right to a jury trial; (4) failure to appear is a separate crime; (5) I must promptly notify the court of any change in my mailing address or where I live while this case is pending.

I certify that this document contains my current mailing address. X [signature]
Defendant

( [ ] check if applicable) The defendant is released into the custody of the person/organization named below upon completion of this part: By signing this part, the custodian named below agrees to take custody of the defendant and see that the defendant obeys the conditions listed above. If the defendant disappears or does not obey every condition, the custodian promises to notify the court at once.

Custodian — Name and Address X [signature]
Signature of Custodian

**BOND AS CONDITION OF RECOGNIZANCE:** By signing this Bond, the defendant and each person signing as surety agree that they and their heirs and assigns owe the sum of $ 7,500.00 to [X] the Commonwealth of Virginia [ ] Locality whose laws are alleged to have been violated. This debt is: [ ] UNSECURED [ ] SECURED BY [X] Cash [ ] Corporate Surety [ ] Professional Bondsman (DC-332, attached) [ ] Other Solvent Surety(ies) whose ability to pay this debt is measured by the value of real or personal property which they own and who further swear or affirm that the value of such property (after subtracting debts that are liens against the property such as mortgages, unpaid judgments, and unpaid tax liens) equals or exceeds the amount of this bond, (DC-332, attached). Each person who signs this bond agrees to the bond terms on both sides of this form and the terms on the other side are incorporated by reference.

**Insert each surety's name, address, telephone number, social security number (or federal tax ID number), date of birth (if applicable) and the name of authorized agent(s)/attorney(s)-in-fact:**

john zwerling
108 N. Alfred Street
Alexandria, VA 22314

X [signature] (SEAL)
DEFENDANT

(SEAL)
SURETY

(SEAL)
SURETY

ADMITTANCE TO BAIL: After I explained the conditions and warnings contained in this document, the defendant and each person signing as surety swore or affirmed to fulfill the recognizance and, if any, the bond. I order the defendant released on the conditions listed in this document.

[signature]
[X] CLERK [ ] MAGISTRATE [ ] JUDGE

COURT OF APPEALS
JURISDICTION (IF DIFFERENT FROM COURT)

9/23/99 4:12 p.m.
DATE AND TIME

0198

## ADDITIONAL CONDITIONS OF RECOGNIZANCE:

## ADDITIONAL BOND PROVISIONS:

The defendant and each person who signed the bond as a surety give up any homestead exemption as to the debt of this bond and understand that the court may force the sale of ANY property owned by the defendant or any surety to pay the debt if the defendant fails to obey all of the terms and conditions of the recognizance. Each person who signed this bond promised to keep title and possession of all property used to measure the ability to pay the debt of this bond in his or her name and not use such property as collateral for any loan or debt or to allow liens against such property which would prevent the payment of the debt of the bond. The terms and conditions of the Recognizance are incorporated by reference, and each person who signed the forms agrees to obey all of the terms and conditions on both sides of this form. If the defendant obeys all of the conditions listed in the Recognizance, the debt of this bond is void. If the defendant fails to obey any of the conditions listed in the Recognizance, the people who signed the bond may be required to pay the amount of the bond.

## BOND SECURED WITH CASH:

1. According to the provisions of § 58.1-535, if the person who posted the cash bond (which means the defendant or any other person who posted the cash bond for him/her), owes any debts to the court where the bond is posted, the cash bond or any balance remaining after payment of fines and costs, may be claimed by the court under the Virginia Setoff Debt Collection Act.

2. If the defendant appears and obeys all of the conditions of the Recognizance and is convicted, according to the provisions of § 19.2-121 of the Code of Virginia, the court may not take the fines and costs out of the cash bond posted unless the defendant, if he/she posted the cash bond, or the person who posted the cash bond for the defendant, agrees to let the court do so.

   I have posted the cash bond. I agree to let the court take the fines and costs out of the cash bond.

   ____________________ Surety     ____________________ Defendant

3. If the defendant fails to come to court on the date and time listed in this document, or on any other dates, times or places which any court or judge may set, the defendant gives up any right to notice of any proceeding to forfeit (collect on) the bond, and the court may forfeit the bond without notifying the defendant. The defendant also agrees that any notice of a proceeding to forfeit the bond does not renew a right to such notice. If the court does contact the defendant about a hearing to forfeit the bond, the court does not have to notify the defendant again if the bond is forfeited at the first hearing.

4. If the defendant posted a cash bond and does not come to court and if convicted, the court must take the fines and costs out of the cash bond posted. The court also must forfeit any of the cash bond left over without notifying the defendant. If the court grants a rehearing and finds that good cause has been shown, the court may remit any amount of the cash bond not applied to fines or costs and order a refund by the State Treasurer. This means that if the court decides that there is a good reason to do so, the defendant may get back that part of a cash bond not used to pay fines and costs.

5. If the defendant posted a cash bond and does not come to court and the court does not try the defendant in his or her absence, the court must forfeit the entire bond at once and without notice. If the defendant appears in court within sixty (60) days after the court forfeits the bond, the court may order the State Treasurer to refund all or part of the cash bond.

## RIGHT TO APPEAL

You have the right to appeal the amount of this bond. You also have the right to appeal any condition of release. If you want to appeal, contact a lawyer or the court listed on the other side of this form.

Exhibit 8