Ex. 9

**VIRGINIA:**

**IN THE CIRCUIT COURT OF FAIRFAX COUNTY**

| | | |
|---|---|---|
| **COMMONWEALTH OF VIRGINIA** | ) | **CRIMINAL NUMBER K87970** |
| **VERSUS** | ) | |
| **MICHAEL GEORGE KESELICA** | ) | **INDICTMENT - EMBEZZLEMENT** |

On October 25 2002, the Assistant Commonwealth's Attorney, Penney Azcarate, the Defendant, MICHAEL GEORGE KESELICA, and Counsel for the Defendant appeared before this Court.

This case came before this Court today for argument on the Defendant's motion to return a third party cash appeal bond, which motion the Court, after hearing argument, granted.

The Court **ORDERED** that the third party cash appeal bond in the amount of $8,000.00 be returned to the firm of Zwerling & Kemler, P.C.

Entered on November 18, 2002.

JUDGE JONATHAN C. THACHER

000240

'/dep
'970