**DISTRICT COURT OF MARYLAND FOR** Washington County DC Case No. 1V00038557

Located at 36 W. Antietam St. Hagerstown, MD Case No. ......

STATE OF MARYLAND vs. KESELICA, MICHAEL GEORGE
Print Name of Defendant
18516 Boysenberry Way
Address
Gaithersburg MD 20879
City State Zip
301-948-3144
Telephone Number

CC#.......

**DEFENDANT'S DESCRIPTION:** Driver's License #........ Sex M Race 2 Ht. 6' Wt. 200
Hair Bro Eyes Blue Complexion Fair Other 55# [redacted] 9967 D.O.B. 05-11-1959 ID ......

## CHARGE AGAINST FUGITIVE

The undersigned charges that the Defendant, Michael George Keselica
in the City/County of Fairfax, State of Virginia

☐ did commit a certain crime, to wit: ......
☐ fled from justice from that State;
☐ was convicted of a crime in that State and escaped from confinement therein;
☑ violated the terms of:

☐ Bail ☑ Probation ☐ Parole and is believed to be in this State.

WHEREFORE the undersigned applies for a warrant to be issued to apprehend the Defendant named herein wherever he may be found in this State.

DFC William A. Malott Jr. # 3432 — DFC Wm. A. Malott, Jr — 12/31/03
Print Applicant's Name — Signature of Applicant — Date
500 Western MD. Pkwy. — Deputy Sheriff
Applicant's Mailing Address — Applicant's Title or Position
Hagerstown, MD. 21740 — WCSO
Applicant's Telephone No. — Applicant's Agency or Department
301-791-3020

Subscribed and sworn to before me this 31 day of December, 2003
Month Year
C Guy
~~Judge~~/Commissioner/~~Clerk~~

I HEREBY CERTIFY that the aforegoing is a true copy of the sworn charge filed in the District Court of Maryland for Washington County in the above entitled case.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court

this 31 day of December, 2003.
Month Year

Judge/Commissioner

EX. 10

DC/CR 30 (Rev. 10/2000)
Print date 12/2000

COURT COPY