2V39195

DISTRICT COURT OF MARYLAND FOR Washington County, MD (City/County)

Located at 36 W. Antietam St. Hagerstown MD 21740 Case No. 040056

TATE OF MARYLAND

vs.

Michael George Koselica
Print Name of Defendant

18516 Boysenberry Way
Address

Gaithersburg MD 20879
City State Zip

301-449-3144
Telephone Number

CC# 040056

EFENDANT'S DESCRIPTION: Driver's License # [redacted]9967 Sex M Race W Ht. 6-0 Wt. 205

air Bro Eyes Blu Complexion Fair Other D.O.B. 05-11-59 ID

## CHARGE AGAINST FUGITIVE

The undersigned charges that the Defendant, Michael George Koselica

ı the City/County of Fairfax, State of Virginia

] did commit a certain crime, to wit:

] fled from justice from that State;

] was convicted of a crime in that State and escaped from confinement therein;

✓] violated the terms of:

☐ Bail ☒ Probation ☐ Parole and is believed to be in this State.

WHEREFORE the undersigned applies for a warrant to be issued to apprehend the Defendant named herein wherever : may be found in this State.

Dep. M. Scrapnick #177
rint Applicant's Name

500 Western Maryland Parkway Hagerstown MD 21740
pplicant's Mailing Address

301-791-3020
pplicant's Telephone No.

[signature] #177 2-18-04
Signature of Applicant Date

Deputy Sheriff
Applicant's Title or Position

Washington County Sheriff's Office
Applicant's Agency or Department

ıbscribed and sworn to before me this 18 day of February, 2004
Month Year

[signature]
Judge/Commissioner/Clerk

I HEREBY CERTIFY that the aforegoing is a true copy of the sworn charge filed in the District Court of Maryland Washington County in the above entitled case.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court

this 18 day of February, 2004
Month Year

[signature]
Judge/Commissioner

Case 1V38557

Ex. 11