VIRGINIA:

IN THE CIRCUIT COURT OF FAIRFAX COUNTY

January 17, 1995

| | | |
|---|---|---|
| COMMONWEALTH OF VIRGINIA | ) | |
| | ) | INDICTMENT FOR |
| vs. | ) | |
| | ) | EMBEZZLEMENT |
| MICHAEL GEORGE KESELICA | ) | |

The Grand Jurors of the Commonwealth of Virginia, in and for the body of the County of Fairfax, and now attending the said Court at its January Term, 1995, charges that: On or about the 1st day of May, 1990, and continuting through the 30th day of November, 1990, in the County of Fairfax, Michael George Keselica did unlawfully and feloniously, wrongfully and fraudulently with intent to deprive permanently the owner thereof, embezzle good and lawful currency of the United States in excess of $200.00, property of Robert A. and Elta Winstead, by virtue of his office, trust or employment.

Va. Code §18.2-111

A True Bill ✓

No True Bill ______

FOREMAN

Witnesses subpoenaed, sworn and available to testify before the Grand Jury:

Det. P. L. Dawson, Fairfax County Police Dept.

Ex. 12