Ex. 13

VIRGINIA:

IN THE CIRCUIT COURT OF FAIRFAX COUNTY

# AMENDED BENCH WARRANT

COMMONWEALTH OF VIRGINIA ) CRIMINAL NUMBER K87970

COUNTY OF FAIRFAX:

RE: MICHAEL GEORGE KESELICA
SSN: [redacted]9967
Race: White SEX: Male
DOB: 05-11-59
HEIGHT: 6'0"
WEIGHT: 190
COLOR HAIR: Brown
COLOR EYES: Blue
FBI NO.: None
CCRE: VA985721

Last Known Address:
8332 Cottage Hill Court
Gaithersburg, Maryland 20877

To any Sheriff or Police Officer, Greeting:

On February 8, 1995, the Defendant, MICHAEL GEORGE KESELICA was convicted in the Circuit Court of Fairfax County, Virginia, of the felony of EMBEZZLEMENT. On April 21, 1995, MICHAEL GEORGE KESELICA was sentenced to serve twelve (12) years incarceration with the Virginia Departmen Corrections. All but thirty (30) months of the sentence was suspended conditioned upon the Defendant's gc behavior and that he be placed on active probation for a period of eight (8) years.

Cheryl A. Johnston, Probation Officer of this Court has reported to this Court that MICHAEL GEOR KESELICA has violated the terms of his probation for the reasons set forth in the Alleged Violation of Probation dated June 4, 2001, which are incorporated herein by reference and there is good reason to believ his suspended sentence should be revoked.

Therefore, in the name of the Commonwealth of Virginia, I command you to apprehend MICHAEL GEORGE KESELICA and bring him before the Judge of our Circuit Court of Fairfax County, Virginia,

K/aen
7970

Ex. 13

FORTHWITH, to show cause, if any he can, why his suspended sentence should not be revoked, and to further dealt with according to law.

You are **ORDERED** to file a return reflecting how you have executed this Bench Warrant.

Given under my hand and seal of this Court on August 16 2004.

It is recommended that the Defendant be held without bond until set by Circuit Court.

JUDGE STANLEY P. KLEIN

**(EXECUTE AND RETURN THE ORIGINAL)**
Executed this __________ day of __________, ______.
By: ____________________

Uaen
1970