Ex. 14

**VIRGINIA:**

**IN THE CIRCUIT COURT OF FAIRFAX COUNTY**
**BENCH WARRANT**

**COMMONWEALTH OF VIRGINIA** ) **CRIMINAL NUMBER K87970**

**COUNTY OF FAIRFAX:**

**RE: MICHAEL G. KESELICA**
SSN: [redacted]-9967
Race: White SEX: Male
DOB: 05-11-59
HEIGHT: 6'0''
WEIGHT: 190
COLOR HAIR: Brown
COLOR EYES: Blue
FBI NO.: NONE
CCRE: VA985721

Last Known Address:
8332 Cottage Hill Court
Gaithersburg, Maryland 20877

To any Sheriff or Police Officer, Greeting:

On February 8, 1995, the Defendant, MICHAEL G. KESELICA, was convicted in the Circuit Court of Fairfax County, Virginia, for the felony of EMBEZZLEMENT. On April 21, 1995, MICHAEL G. KESELICA was sentenced to serve twelve (12) years incarceration with the Virginia Department of Corrections. All but thirty (30) months of the sentence was suspended conditioned upon the Defendant's good behavior and that he be placed on active probation for a period of eight (8) years.

On September 17, 1999, the Court revoked seven (7) years of the Defendant's suspended sentence and **ORDERED** the Defendant to serve seven (7) years with the Virginia Department of Corrections.

On September 17, 1999, an appeal bond was set at seven thousand five hundred ($7,500.00) dollars and the Defendant made bond and was released on bond pending appeal. All appeals have now been heard and the sentence set at the revocation hearing has been affirmed.

The Defendant has exhausted all appeals and he has failed to turn himself in to serve his sentence.

A hearing was scheduled by the Court for August 9, 2004. Counsel for both the Defendant and the Commonwealth appeared, but the Defendant did not appear.

/acn
970

Ex. 14

Therefore, in the name of the Commonwealth of Virginia, I command you to apprehend MICHAE KESELICA and bring him before the Judge of our Circuit Court of Fairfax County, Virginia, FORTHW to be further dealt with according to law.

You are **ORDERED** to file a return reflecting how you have executed this Bench Warrant.

Given under my hand and seal of this Court on August 16, 2004.

It is recommended that the Defendant be held without bond until set by Circuit Court.

JUDGE STANLEY P. KLEIN

**(EXECUTE AND RETURN THE ORIGINAL)**
Executed this ____________ day of ______________, ______.
By: ______________________________________________

K/acn
7970