Ex. 15

IN THE CIRCUIT COURT FOR WASHINGTON COUNTY, MARYLAND

| | | |
|---|---|---|
| **MICHAEL KESELICA** | * | |
| **Petitioner** | * | |
| | * | |
| **vs.** | * | **CASE NO. 21-C-04-19379-HC** |
| | * | |
| **MARTIN VAN EVANS, WARDEN** | * | |
| **Respondent** | * | |

**************************************************************

**ORDER**

Upon consideration of Petitioner's Motions and Subpoena Requests, it is this 4th day of June, 2004, by the Circuit Court for Washington County, Maryland, hereby ORDERED:

1. That for good cause shown and in the interests of justice, Petitioner's Petition for Writ of Habeas Corpus is GRANTED;

2. That Petitioner is to be released from custody from the Washington County Detention Center.

W. KENNEDY BOONE, III
JUDGE

Copies To:

✓Michael Keselica #20634, WCDC
State's Attorney's Office
WCDC



FAX: WCDC - BOOKING/RELEASE