19

**DISTRICT COURT OF MARYLAND FOR** MONTGOMERY
City/County

Located at 27 COURTHOUSE SQUARE ROCKVILLE, MD Case No. 5D00107350
Court Address

STATE OF MARYLAND VS. MICHAEL GEORGES KESELICA
Defendant
18516 BOYSENBERRY WAY # 207
Address
GAITHERSBURG, MD 20877
Telephone

## CHARGE AGAINST FUGITIVE

The undersigned charges that the Defendant, MICHAEL GEORGES KESELICA

in the City/(County) of FAIRFAX, State of VIRGINIA

☐ did commit a certain crime, to wit:

☐ fled from justice from that State;

☐ was convicted of a crime in that State and escaped from confinement therein;

☒ violated the terms of his

☐ bail

☒ probation

☐ parole

and is believed to be in this State.

PLAINTIFF'S EXHIBIT
PENGAD-Bayonne, N. J.

WHEREFORE the undersigned applies for a warrant to be issued to apprehend the Defendant named herein wherever he may be found in this State.

2350 RESEARCH BLVD
ROCKVILLE, MD 20850
Applicant's Mailing Address

240-773-5370
Applicant's Telephone No.

[signature]
Signature of Applicant

CRAIG PALEN
Print Applicant's Name

DETECTIVE 10001
Applicant's Title or Position

MONTGOMERY COUNTY POLICE
Applicant's Agency or Department

Subscribed and sworn to before me this 21 day of JUNE, 2001
Year

[signature] 6579
Judge/Commissioner/Clerk

I HEREBY CERTIFY that the aforegoing is a true copy of the sworn charge filed in the District Court of Maryland for MONTGOMERY in the above entitled case.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court this 21 day of JUNE, 2001
Year

[signature] 6579
Judge/Commissioner

DC/CR 30 (Rev. 9/98)

CHARGE AGAINST FUGITIVE