OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**

FOR THE FIRST CIRCUIT

Richard Donovan
CLERK

UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

June 19, 2007

David A. DiMarzio, Clerk
United States District Court
for the District of Rhode Island
Federal Building & U.S. Courthouse
One Exchange Terrace, Room 119
Providence, RI 02903-1779

Re: No. 07-67 Keselica v. Wall

Dear Mr. DiMarzio:

The enclosed is a §2254 habeas petition and motion that were received in the United States Court of Appeals for the First Circuit on June 9, 2007.

In accordance with Fed.R.App.P. 22(a), these pleadings are being transferred to the district court.

Sincerely,

By: Donna Barchard
District Court Liaison

cc: Michael G. Keselica
Adult Correctional Institution
PO Box 8249
Cranston, RI 02920