APPEAL, CLOSED, HABEAS

**U.S. District Court**
**District of Rhode Island (Providence)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-00067-T-DLM**
**Internal Use Only**

Keselica v. Wall
Assigned to: Judge Ernest C. Torres
Referred to: Magistrate Judge David L. Martin
Cause: 28:2241 Petition for Writ of Habeas Corpus (Federal)

Date Filed: 02/20/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Michael G. Keselica** represented by **Michael G. Keselica**
A.C.I.
P.O. Box 8249
Cranston, RI 02920
PRO SE

V.

**Respondent**

**A. T. Wall**
*RI Commissioner of Corrections*
represented by **Christopher R. Bush**
R.I. Department of Attorney General
150 South Main Street
Providence, RI 02903
274-4400
Fax: 222-2995
Email: cbush@riag.ri.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General for the State of Rhode Island** represented by **Christopher R. Bush**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2007 | 1 | PETITION for Writ of Habeas Corpus pursuant to 28 U.S.C. 2241 (Filing fee $5; receipt #65399) , filed by Michael G. Keselica. Attachments: #(1) Complaint - Part B (complaint to large to attach as single file; exhibits not attached: exceed system capacity)(Jackson, Ryan) (Entered: 02/20/2007) |
| | | |

| | | |
|---|---|---|
| 02/20/2007 | 2 | MOTION for Preliminary Injunction *(Injunctive Relief)* by Michael G. Keselica. Responses due by 3/9/2007 (Jackson, Ryan) (Entered: 02/20/2007) |
| 02/20/2007 | 3 | MOTION to Stay *(Immediate Stay of Execution of RI Governor Carcieri's Rendition Warrant)* by Michael G. Keselica. Responses due by 3/9/2007 (Jackson, Ryan) (Entered: 02/20/2007) |
| 02/20/2007 | 4 | MOTION to Set Bail or Grant Petitioner's Release to Home Incarceration by Michael G. Keselica. Responses due by 3/9/2007 (Jackson, Ryan) (Entered: 02/20/2007) |
| 02/20/2007 | | 2 MOTION for Preliminary Injunction *(Injunctive Relief)*, 3 MOTION to Stay *(Immediate Stay of Execution of RI Governor Carcieri's Rendition Warrant)*, 4 MOTION to Set Bail or Grant Petitioner's Release to Home Incarceration REFERRED to Magistrate Judge Martin for Report and Recommendation. (Jackson, Ryan) (Entered: 02/20/2007) |
| 02/21/2007 | 5 | ORDER DIRECTING RESPONSE TO MOTIONS re 2 MOTION for Preliminary Injunction *(Injunctive Relief)* filed by Michael G. Keselica, 3 MOTION to Stay *(Immediate Stay of Execution of RI Governor Carcieri's Rendition Warrant)* filed by Michael G. Keselica, 4 MOTION to Set Bail or Grant Petitioner's Release to Home Incarceration filed by Michael G. Keselica. So Ordered by Magistrate Judge David L. Martin on 2/21/07. (Saucier, Martha) (Entered: 02/21/2007) |
| 02/28/2007 | 6 | Supplemental MOTION to Stay *State Extradition Proceedings* by Michael G. Keselica. Responses due by 3/19/2007 (Leyva, Lucia) (Entered: 03/02/2007) |
| 03/07/2007 | 7 | MOTION to Amend/Correct 1 Petition for Writ of Habeas Corpus, WITH SUPPORTING MEMO by Michael G. Keselica. Responses due by 3/26/2007 (Leyva, Lucia) - Document modified. Original inadvertently contained with it a motion to supplement the record. Motion to amend has been added. (Entered: 03/08/2007) |
| 03/07/2007 | 12 | MOTION to Supplement re 1 Petition for Writ of Habeas Corpus, WITH SUPPORTING MEMO by Michael G. Keselica. Responses due by 3/26/2007 (Attachments: # 1 Supplemental Exhibit)(Leyva, Lucia) (Entered: 03/29/2007) |
| 03/09/2007 | 8 | RESPONSE in Opposition re 4 MOTION to Set Bail or Grant Petitioner's Release to Home Incarceration, 2 MOTION for Preliminary Injunction *(Injunctive Relief)*, 3 MOTION to Stay *(Immediate Stay of Execution of RI Governor Carcieri's Rendition Warrant)* With Supporting Memorandum filed by Attorney General for the State of Rhode Island. (Attachments: # 1 Exhibit Agreed Upon Statement of Facts--Rhode Island Superior Court# 2 Exhibit Requisition Demand--Commonwealth of Virginia# 3 Exhibit Governor's Warrant--Rhode Island# 4 Exhibit Rhode Island Supreme Court Order Denying Petition for Writ of Habeas Corpus)(Bush, Christopher) (Entered: 03/09/2007) |
| 03/09/2007 | 9 | EXHIBIT IN SUPPORT by Attorney General for the State of Rhode |

| | | |
|---|---|---|
| | | Island, A. T. Wall in support of 8 Response in Opposition to Motion. This document is that identified as EXHIBIT 2: Requisition Demand--Comonwealth of Virginia in the docket entry for Document #8. (Leyva, Lucia) (Entered: 03/13/2007) |
| 03/13/2007 | | 6 Supplemental MOTION to Stay *State Extradition Proceedings* REFERRED to Magistrate Judge Martin for Report & Recommendation. (Jackson, Ryan) (Entered: 03/13/2007) |
| 03/16/2007 | | Attorney Christopher R. Bush added on behalf of A.T. Wall and Attorney General for the State of Rhode Island. (Leyva, Lucia) (Entered: 03/16/2007) |
| 03/19/2007 | 11 | REPLY to Response to Motion re 8 Response in Opposition to MotionWITH SUPPORTING MEMO filed by Michael G. Keselica. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Leyva, Lucia) (Entered: 03/21/2007) |
| 03/20/2007 | 10 | REPORT AND RECOMMENDATIONS re 6 Supplemental MOTION to Stay *State Extradition Proceedings* filed by Michael G. Keselica, 2 MOTION for Preliminary Injunction *(Injunctive Relief)* filed by Michael G. Keselica, 3 MOTION to Stay *(Immediate Stay of Execution of RI Governor Carcieri's Rendition Warrant)* filed by Michael G. Keselica, 4 MOTION to Set Bail or Grant Petitioner's Release to Home Incarceration filed by Michael G. Keselica recommending that the motions be denied and that the Petition be dismissed. Objections to R&R due by 4/3/2007. So Ordered by Magistrate Judge David L. Martin on 3/20/07. (Saucier, Martha) (Entered: 03/20/2007) |
| 03/28/2007 | | 7 MOTION to Amend/Correct 1 Petition for Writ of Habeas Corpus, REFERRED to Magistrate Judge Martin for determination. (Jackson, Ryan) (Entered: 03/28/2007) |
| 03/28/2007 | | 12 MOTION to Supplement re 1 Petition for Writ of Habeas Corpus, REFERRED to Magistrate Judge Martin for determination. (Leyva, Lucia) (Entered: 03/29/2007) |
| 03/28/2007 | 13 | NOTICE OF INTERLOCUTORY APPEAL re 10 REPORT AND RECOMMENDATIONS by Michael G. Keselica. (Leyva, Lucia) (Entered: 03/29/2007) |
| 03/29/2007 | | CORRECTIVE DOCKET ENTRY re: 7 MOTION to Amend/Correct 1 Petition for Writ of Habeas Corpus. ERROR: Motion to supplement was included with the motion to amend. CORRECTION: Motion to supplement now filed as a separate document. (Doc. 12) (Leyva, Lucia) (Entered: 03/29/2007) |
| 04/02/2007 | 14 | ORDER denying 7 Motion to Amend/Correct, denying 12 Motion to Supplement. So Ordered by Magistrate Judge David L. Martin on 4/2/07. (Saucier, Martha) (Entered: 04/02/2007) |
| 04/02/2007 | 15 | OBJECTION to 10 Report and Recommendations WITH SUPPORTING MEMO filed by Michael G. Keselica. (Leyva, Lucia) (Entered: |

| | | |
|---|---|---|
| | | 04/04/2007) |
| 04/05/2007 | | Motion Forwarded to Chambers 10 REPORT AND RECOMMENDATIONS re 6 Supplemental MOTION to Stay *State Extradition Proceedings* filed by Michael G. Keselica, 2 MOTION for Preliminary Injunction *(Injunctive Relief)* filed by Michael G. Keselica, 3 MOTION to Stay *FORWARDED to Chambers of Judge Ernest C. Torres. (Jackson, Ryan) (Entered: 04/05/2007)* |
| 04/09/2007 | 16 | Certified and Transmitted Record on Appeal to US Court of Appeals re 13 Notice of Interlocutory Appeal. Sent to USCA: Appeal Cover Letter; Appeal Cover Sheet; Notice of Interlocutory Appeal; Cert. Copies of Documents 1, 2, 3, 4, 5, 6, 8, 9, 10, 11 and 13; Certified Copy of Docket. (Leyva, Lucia) (Entered: 04/09/2007) |
| 05/03/2007 | 17 | ORDER DISMISSING Petitioner's 1 Motion for Writ of Habeas Corpus as it lacks merit, and denying 2 Motion for Preliminary Injunction, denying 3 Motion to Stay, denying 4 Motion, denying 6 Motion to Stay, adopting Report and Recommendations re 10 Report and Recommendations. . So Ordered by Judge Ernest C. Torres on 5/2/07. (Jackson, Ryan) (Entered: 05/03/2007) |
| 05/03/2007 | | ***Civil Case Terminated. (Jackson, Ryan) (Entered: 05/03/2007) |
| 05/04/2007 | 18 | MANDATE of USCA dismissing appeal as to 13 Notice of Interlocutory Appeal filed by Michael G. Keselica. (Leyva, Lucia) (Entered: 05/04/2007) |
| 06/01/2007 | 19 | NOTICE OF INTERLOCUTORY APPEAL re 10 REPORT AND RECOMMENDATIONS by Michael G. Keselica. (Leyva, Lucia) (Entered: 06/01/2007) |
| 06/01/2007 | 20 | ORDER of USCA directing the district court to treat appellant Michael G. Keselica's financial affidavit as a motion to proceed on appeal in forma pauperis. (Leyva, Lucia) (Entered: 06/01/2007) |
| 06/01/2007 | 21 | MOTION for Leave to Appeal in forma pauperis *(Prisoner account information provided but not scanned)* by Michael G. Keselica. (Leyva, Lucia) (Entered: 06/01/2007) |
| 06/12/2007 | | Motion Forwarded to Chambers 21 MOTION for Leave to Appeal in forma pauperis *(Prisoner account information provided but not scanned)* FORWARDED to Chambers of Judge Ernest C. Torres. (Jackson, Ryan) (Entered: 06/12/2007) |
| 06/18/2007 | 22 | Certified and Transmitted Record on Appeal to US Court of Appeals re 19 Notice of Interlocutory Appeal. Sent to USCA: Appeal Letter; Appeal Cover Sheet;; Notice of Interlocutory Appeal; Certified Copies of Documents 1,2,3,4,5,6,8,9,10,11,15 and 19; Certified Copy of Docket. (Leyva, Lucia) Additional attachment(s) added on 6/18/2007 (Leyva, Lucia). (Entered: 06/18/2007) |
| 06/18/2007 | 23 | CORRECTIVE DOCKET ENTRY re: 22 Appeal Record Sent to USCA. ERROR: Incorrect document attached. CORRECTION: Correct |

| | | |
|---|---|---|
| | | document attached to Document #22 and this entry. (Leyva, Lucia) (Entered: 06/18/2007) |