IN THE CHAMBERS OF CIRCUIT JUDGE SANDRA LYNCH
FIRST CIRCUIT, BOSTON, MASSACHUSETTS

MICHAEL G. KESELICA,
Petitioner

2007 JUN 12 A 11: 1

FILED IN CLERKS OFFICE US COURT OF APPEALS FIRST CIRCUIT

v. Civil Action No. ________

ASHBELL T. WALL,
Respondent

## PETITIONER'S MOTION FOR BAIL

NOW COMES Petitioner, Michael Keselica, prose, and moves this Circuit Judge to grant Petitioner bail during the pendancy of these proceedings and in support thereof states the following:

1. On June 7, 2006, Petitioner moved back to Newport, Rhode Island (1977 Graduate of Rogers High School, Newport, RI and 1982 Graduate of the University of Rhode Island) after the death of his Mother to care for his elderly Father.

2. On August 3, 2006, on his way home from work, Petitioner was stopped by a RI State Trooper for a lane violation and subsequently arrested as a fugitive from justice from Virginia for the fourth time.

3. In November 2006, Petitioner's Motion for Bail was denied in the Superior Court for Kent County, Rhode Island based wholly on misrepresentations made by the Office of the Attorney General for Rhode Island to that Court. Specifically, the State of

Rhode Island represented to that Court that (1) if Petitioner was given bail he would [abandon his father and] flee Rhode Island and seek refuge in Maryland with his sisters (Petitioner has no sisters); (2) Petitioner is a fugitive from justice from Virginia to serve a seven year sentence (Virginia's requisition affidavit and warrant state that Petitioner is wanted for a violation of probation); (3) Petitioner is not awaiting trial (while Virginia's requisition affidavit states that Petitioner is wanted for trial); among other misrepresentations (see Ex. 4)

4. On March 20, 2007, U.S. Magistrate Judge David Martin denied Petitioner's Motion for Bail, relying on the State of Rhode Island's assertion that Petitioner had failed to show extraordinary or special circumstances that would warrant Petitioner's release on bail.

This motion for bail follows.

Petitioner did present extraordinary or special circumstances to the District Court for Rhode Island, specifically, (1) Petitioner's prior release on a writ of habeas corpus for the same fugitive cause of action; (2) a perjured Virginia requisition affidavit which has resulted in Petitioner's arrest and current detention; (3) Petitioner's father has a broken back and requires daily assistance; and (4) Petitioner has a tumor at the base of his skull that requires surgery.

"Extraordinary circumstances warranted conditional release of habeas petitioner pending completion of the habeas proceedings after entry of partial judgment on Brady-violation ground of relief, given the strength of the evidence establishing the violation, absence of any risk of

flight or risk to the community and weakness of any countervailing arguments. F.R.A.P. Rule 23(c) 28 U.S.C.A. Healy v. Spencer, 406 F.Supp.2d 129 (2005)

Bail in a habeas case is only available "when the petitioner has raised substantial constitutional claims upon which he has a high probability of success, and also when extraordinary or exceptional circumstances exist which make the grant of bail necessary to make the habeas remedy effective." Landano v. Rafferty, 970 F.2d 1230, 1239 (3rd Cir. 1992)

Petitioner has a high probability of success in the current case before this Court because Petitioner was successful in obtaining his fugitive habeas release on June 4, 2004, on less than the arguments presented by Petitioner in this case, but for the same facts and Petitioner has raised constitutional claims in this current extradition case that have a high probability of success, arguing 4th, 5th, 6th and 14th Amendment violations.

WHEREFORE, Petitioner respectfully moves this Circuit Justice to grant Petitioner's motion for bail. Petitioner is not going anywhere except to his Father's house in Newport, Rhode Island.

Respectfully submitted,

Michael Keselica
#131867
P.O. Box 8249
Cranston, RI 02920

CERTIFICATION

I HEREBY CERTIFY that on this 6th day of June, 2007, a copy of the foregoing was mailed postage paid first class to Christopher Bush, 150 So. Main Street, Providence, RI 02903