IN THE CHAMBERS OF CIRCUIT JUDGE SANDRA LYNCH



FIRST CIRCUIT, BOSTON, MASSACHUSETTS

MICHAEL G. KESELICA,
Petitioner

v. Civil Action No.________

ASHBELL T. WALL,
Respondent

MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW Petitioner, Michael Keselica, pro se, and moves this Circuit Justice to grant Petitioner In Forma Pauperis status during the pendancy of these proceedings and in support thereof states the following:

1. On June 6, 2007, Petitioner filed in the chambers of Circuit Judge Sandra Lynch, Petitioner's Subsection 2241 Petition for Writ of Habeas Corpus.

2. Petitioner is currently incarcerated at the ACI, Cranston, Rhode Island and is an indigent, pro se litigant – see attached Financial Affidavit.

As such, Petitioner moves this Circuit Justice to grant Petitioner In Forma Pauperis status in waiving the filing fees for the attached habeas petition.

Respectfully submitted,

[signature]

Michael Keselica
#131867
P.O. Box 8249
Cranston, RI 02920

CERTIFICATION

I HEREBY CERTIFY that on this 6th day of June, 2007 a copy of the foregoing was mailed postage paid first class to Christopher Bush, Office of the Attorney General for Rhode Island, 150 So. Main Street, Providence, Rhode Island 02903.

[signature]

Michael Keselica