UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL KESELICA, :
Petitioner, :
v. :
: CA 07-224 ML
ASHBEL T. WALL, :
Respondent. :

**ORDER**
**DENYING**
**MOTION FOR BAIL**

Before the Court is Petitioner's Motion for Bail (Document #4) ("Motion"). The Motion is DENIED because the Petition lacks merit, and it is procedurally barred as a second or successive petition. See Report and Recommendation of 6/28/07 at 3.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
June 28, 2007