UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL KESELICA

v. CA 07-224 ML

ASHBEL T. WALL

ORDER

This matter is before the Court on Plaintiff's objection to a Report and Recommendation issued by United States Magistrate Judge Martin on June 28, 2007. In his Report and Recommendation, Magistrate Judge Martin recommends that Plaintiff's Motion to Proceed In Forma Pauperis be denied. This Court has reviewed the Report and Recommendation and Plaintiff's objections. Having found no merit in Plaintiff's objections, this Court adopts the Report and Recommendation in its entirety. The Motion to Proceed In Forma Pauperis is DENIED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
July 23 , 2007