# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**MICHAEL KESELICA**

**v.** **C.A. NO: 07-224ML**

**ASHBEL T. WALL**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendant, Ashbel T. Wall, against the Plaintiff, Michael Keselica, pursuant to the Order dated July 23, 2007 accepting the Report and Recommendation of Magistrate Judge Martin dated June 28, 2007 pursuant to Title 28 U.S.C. § 636(b)(1). The Petition for Writ of Habeas Corpus Subsection 2241 is hereby DISMISSED.**

**Enter:**

Barbara Barletta
**Deputy Clerk**

**DATED: August 7, 2007**