IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL KESELICA,
Petitioner

v. C.A. No. 07-224 ML

ASHBEL T. WALL,
Respondent

NOTICE OF APPEAL

COMES NOW Petitioner, Michael Keselica, pro se and notes his appeal to the August 7, 2007 Judgment in the above captioned case.

Sincerely,

[signature]

Michael Keselica
#131867
P.O. Box 8249
Cranston, RI 02920

CERTIFICATION

I HEREBY CERTIFY that on this 9th day of August, 2007 a copy of the foregoing was mailed postage paid first class to the Office of the Attorney General, 150 So. Main Street, Providence, RI 02903

[signature]