MANDATE

# United States Court of Appeals
## For the First Circuit

07-00224
USDC/R.I
M. Lisi

No. 07-2313

MICHAEL G. KESELICA

Petitioner - Appellant

v.

ASHBEL T. WALL

Respondent - Appellee

**JUDGMENT**

Entered: September 18, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Jennifer Calardo
Deputy Clerk

Date: 9.18.07

By the Court:
Richard Cushing Donovan, Clerk

By ERIC H. DEININGER
Appeals Attorney

[cc: Michael G. Keselica, Patrick Lynch, AG, Christopher Robinson Bush, Esq.]